IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ODESSA HARDWOOD, LLC** | § § | |
| **V.** | § § | NO.   7:17-CV-198 |
| **SENECA INSURANCE COMPANY, INC.** | § § § | |

## ORDER

The parties have notified the Court they have settled this case. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated.   Counsel in this case are ordered to file the papers necessary to dismiss this action on or before Thirty (30) days from the date of this order.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 23rd day of March, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

**SHAFER, DAVIS, O'LEARY & STOKER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
BANK OF AMERICA BUILDING
700 NORTH GRANT, SUITE 201
POST OFFICE DRAWER 1552
ODESSA, TEXAS 79760-1552
www.shaferfirm.com

OFFICE OF:
B. CALVIN HENDRICK
Email: chendrick@shaferfirm.com

TELEPHONE
(432) 332-0893

TELECOPIER/FAX
(432) 333-5002

March 21, 2018

Honorable David Counts
Judge, U.S. District Court
Western District
Midland-Odessa Division
200 East Wall Street
Midland, Texas 79701
Debbie_baxter@txwd.uscourts.gov

RE: Cause No. 7:17-CV-198; Odessa Hardwood, LLC vs. Seneca Insurance Company, Inc.; In the United States District Court for the Western District of Texas, Midland-Odessa Division

Dear Judge Counts:

The above-captioned case was submitted to the undersigned, as mediator, for mediation on March 21, 2018.

I am pleased to advise the Court that the matter settled as to all parties. We anticipate the formalized dismissal documents should be prepared and filed with the Court in the near future.

It has been our pleasure to serve the parties and the Court. Please keep me in mind with respect to further mediation needs. With best person regards, I am

Very truly yours,

B. Calvin Hendrick

BCH/dj

cc: Mr. Shaun Hodge, via email: shodge@hodgefirm.com
Ms. Jennifer L. Gibbs, via email: jgibbs@zelle.com